FILED
CHARLOTTE, N. C.
JUL 1 9 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:00 CV 144-T

| | |
|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation,<br>Plaintiff,<br>vs.<br>DIRECTV ENTERPRISES, INC., a Delaware Corporation, et al.,<br>Defendants.<br>and<br>GEMSTAR DEVELOPMENT CORPORATION,<br>Third-Party Defendant.<br><br>AND RELATED COUNTERCLAIMS. | SUPERGUIDE'S RESPONSE TO PARAGRAPH 4 OF JULY 11, 2005 ORDER, CONCERNING '211 AND '357 PATENTS |

Pursuant to paragraph 4 of the Court's order entered July 11, 2005, SuperGuide Corporation, plaintiff, hereby informs the Court that SuperGuide does not intend to pursue its infringement claims as to the '211 and '357 patents and believes that no additional proceedings concerning those patents are required.

Respectfully submitted this 19th day of July, 2005.

/s/ A. Ward McKeithen
A. Ward McKeithen
Everett J. Bowman
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
(704) 377-2536

John J. Barnhardt, III
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 331-6000

Attorneys for Plaintiff
SUPERGUIDE CORPORATION

# CERTIFICATE OF SERVICE

On July 19, 2005, I served the foregoing document described above as **SUPERGUIDE'S RESPONSE TO PARAGRAPH 4 OF JULY 11, 2005 ORDER, CONCERNING '211 AND '357 PATENTS** on the interested parties in this action by email and U.S. Postal Service first-class mail by placing a photocopy thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

*/s/ Everett J. Bowman*
Everett J. Bowman

C-942773v1 13755.00013

# SERVICE LIST
*SuperGuide Corp v. DirecTV Enterprises, Inc., et al.*
(Case No. 1:00CV144-T, W.D.N.C., Asheville Division)

## Attorneys for EchoStar Communications Corp., EchoStar Satellite Corp. and EchoStar Technologies Corp.

Larry S. McDevitt
W. Carleton Metcalf
michelle@vanwinklelawfirm.com
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
11 North Market Street
P.O. Box 7376
Asheville, North Carolina 28801
Ph: (828) 258-2991; fax: (828) 255-0255

Lawrence K. Nodine nodine@needlepatent.com
Needle & Rosenberg, P.C.
1200 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303-1811
Ph: (404) 688-0070; fax (404) 688-9880

## Attorneys for Thomson Consumer Electronics, Inc.

Wyatt S. Stevens wstevens@roberts-stevens.com
Roberts & Stevens
One West Pack Square, Suite 900
Asheville, North Carolina 28801
Ph: (828) 252-6600; fax: (828) 253-7200

John P. Corrado jcorrado@mofo.com
Morrison & Foerster LLP
1750 Tysons Boulevard, Suite 1550
McLean, Virginia 22102
Ph: (703) 760-7700; fax: (703) 760-7777

Harold J. McElhinny hjmcelhinny@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Ph: (415) 268-7000; fax: (415) 268-7522

Rachel Krevans rkrevans@mofo.com
Morrison & Foerster LLP
3811 Valley Center Drive, Suite 500
San Diego, California 92130-2332
Ph: (858) 720-5100; fax: (858) 720-5125

## Attorneys for DirecTV Enterprises, DirecTV, Inc., DirecTV Operations, Inc. and Hughes Electronics Corp.

Charles A. Burke cburke@wcsr.com
Womble Carlyle Sandridge & Rice
200 West Second Street
P.O. Drawer 84
Winston-Salem, North Carolina 27102
Ph: (336) 721-3625; fax: (336) 733-8416

Victor G. Savikas vgsavikas@jonesday.com
Jones, Day, Reavis & Pogue
555 W. Fifth Street, Suite 4600
Los Angeles, California 90013-1025
Ph: (213) 489-3939; fax: (213) 243-2539

Darryl E. Towell detowell@jonesday.com
Jones, Day Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, California 92614-5976
Ph: (949) 851-3939; fax: (949) 553-7539

## Attorneys for Gemstar Development Corporation

William F. Lee william.lee@wilmerhale.com
Mark G. Matuschak mark.matuschak@wilmerhale.com
Richard W. O'Neill richard.oneill@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Ph: (617) 526-6000; fax: (617) 526-5000

David M. Carter carter@ashevillepatent.com
Carter & Schnedler, P.A.
56 Central Avenue, Suite 101 (28801)
P.O. Box 2985
Asheville, North Carolina 28802
Ph: (828) 252-6225; fax: (707) 760-3691

James L. Quarles, III james.quarles@wilmerhale.com
Maria K. Vento maria.vento@wilmerhale.com
Wilmer Cutler Pinkering Hale and Dorr LLP
1455 Pennsylvania Ave., N.W.
Washington, DC 20004
Ph: (202) 942-8400; fax: (202-942-8484)