# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

**CIVIL NO. 1:00CV144**

| | |
|---|---|
| **SUPERGUIDE CORPORATION,** a North Carolina Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | |
| **DIRECTV ENTERPRISES, INC.,** *et al.*, ) ) ) | **O R D E R** |
| Defendants/Third Party Plaintiffs, ) ) ) | |
| Vs. ) ) | |
| **GEMSTAR DEVELOPMENT CORPORATION,** ) ) ) | |
| Third-Party Defendant. ) ) | |

**THIS MATTER** is before the Court on Defendants' joint response to the Court's Order of July 11, 2005, asking the Court to enter judgment of non-infringement of the '211 and '357 patents.

The Plaintiff is requested to respond to this pleading by filing a response not to exceed five pages in length within 20 days from entry of this Order.

**IT IS SO ORDERED.**

**Signed: July 28, 2005**

Lacy H. Thornburg
United States District Judge