IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV144

| | |
|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation, Plaintiff, Vs. DIRECTV ENTERPRISES, INC., *et al*., Defendants/Third Party Plaintiffs, Vs. GEMSTAR DEVELOPMENT CORPORATION, Third-Party Defendant. | **J U D G M E N T** |

Pursuant to the opinion of the Federal Circuit found at 358 F.3d 870 (2004),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' joint motions for summary judgment of non-infringement of the Hallenbeck '211 and Hallenbeck '357 patents are hereby **ALLOWED,** and the Plaintiff's and Defendant Gemstar's claims of infringement are hereby **DISMISSED WITH PREJUDICE**.

**Signed: August 26, 2005**

Lacy H. Thornburg
United States District Judge