IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV144

| | |
|---|---|
| SUPERGUIDE CORPORATION,<br>a North Carolina Corporation,<br><br>        Plaintiff,<br><br>Vs.<br><br>DIRECTV ENTERPRISES, INC.,<br>*et al.*,<br><br>        Defendants/Third<br>        Party Plaintiffs,<br><br>Vs.<br><br>GEMSTAR DEVELOPMENT<br>CORPORATION,<br><br>        Third-Party Defendant. | <u>**J U D G M E N T**</u> |

Pursuant to the opinion of the Federal Circuit found at 358 F.3d 870 (2004),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' joint motions for summary judgment of non-infringement of the Hallenbeck '211 and Hallenbeck '357 patents are hereby **ALLOWED,** and the Plaintiff's and Defendant Gemstar's claims of infringement are hereby **DISMISSED WITH PREJUDICE**.

**Signed: August 26, 2005**

Lacy H. Thornburg
United States District Judge