**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:00CV144**

| | |
|---|---|
| **SUPERGUIDE CORPORATION,** <br> **a North Carolina Corporation,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **Vs.** ) ) | |
| **DIRECTV ENTERPRISES, INC.,** ) <br> ***et al.,*** ) | **O R D E R** |
| ) | |
| **Defendants/Third** ) <br> **Party Plaintiffs,** ) ) | |
| **Vs.** ) ) | |
| **GEMSTAR DEVELOPMENT** ) <br> **CORPORATION,** ) ) | |
| **Third-Party Defendant.** ) <br> _____ ) | |

**THIS MATTER** is before the Court on the parties' joint motion for

clarification of this Court's November 22, 2006, order denying summary

judgment and directing the Clerk to calendar the case for trial.

As correctly interpreted by the parties in their motion, the Court's

November 22, 2006, Order intended to schedule this case for trial only to

resolve the dispute between the parties regarding the License Agreement. Additionally, the parties are instructed to follow this Court's Final Pretrial Order and Case Management Plan in a Patent Action, filed February 16, 2001, in preparation for the upcoming trial.

**IT IS SO ORDERED.**

Signed: December 13, 2006

Lacy H. Thornburg
United States District Judge