# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV144

| | |
|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) |
| DIRECTV ENTERPRISES, INC., *et al*., | ) ) ) |
| Defendants, | ) ) ) |
| Vs. | ) ) ) |
| GEMSTAR DEVELOPMENT CORPORATION, | ) ) ) |
| Third-Party Defendant. | ) ) |

**O R D E R**

**THIS MATTER** is before the Court on the parties' joint motion for a peremptory setting of the trial during the Court's March 2007 term in the Asheville Division. The motion further states that all parties have waived their right to a jury trial and have agreed to have the matter resolved by the Court. In view of this stipulation, the Court has been advised that Plaintiff

Superguide's Motion *in Limine* filed January 19, 2007, has been rendered moot.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the parties' joint motion for a peremptory setting is **ALLOWED**, and the trial of this matter shall commence before the undersigned, without benefit of a jury, on **MONDAY, MARCH 19, 2007, at 9:00 AM.**

**IT IS FURTHER ORDERED** that Plaintiff Superguide's motion *in limine* is hereby **DENIED** as moot.

The parties shall promptly notify the Court as to whether or not a final pretrial conference is needed.

Signed: February 13, 2007

Lacy H. Thornburg
United States District Judge