# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:00cv144

| | |
|---|---|
| **SUPERGUIDE CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **DIRECTV ENTERPRISES, INC.,** ) | |
| *et. al.*, ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the motion of the DirecTV Defendants and the Defendant Hughes Electronics Corporation to admit attorney Maria K. Nelson *pro hac vice*.

It appears that the attorney has complied with the provisions of the local rules concerning such admission and as a result, the motion will be allowed upon payment by Ms. Nelson of the $100 fee.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion is hereby **GRANTED** and Maria K. Nelson is hereby granted admission *pro hac vice* to the bar of this Court upon payment to the Clerk of court of the sum of $100.00.

Signed: September 20, 2007

Martin Reidinger
United States District Judge