# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:00cv144

| | |
|---|---|
| SUPERGUIDE CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>DIRECTV ENTERPRISES, INC.,  )<br>*et. al.*,  )<br>)<br>Defendants.  )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the motion of the DirecTV Defendants and the Defendant Hughes Electronics Corporation to admit attorney Marsha E. Mullin *pro hac vice*.

It appears that the attorney has complied with the provisions of the local rules concerning such admission and as a result, the motion will be allowed upon payment by Ms. Mullin of the $100 fee.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion is hereby **GRANTED** and Marsha E. Mullin is hereby granted admission *pro hac vice* to the bar of this Court upon payment to the Clerk of court of the sum of $100.00.

Signed: September 20, 2007

Martin Reidinger
United States District Judge