# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00cv144

| | |
|---|---|
| **SUPERGUIDE CORP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DIRECTV ENTERPRISES,** *et al*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the defendant's motion for admission *pro hac vice* of Scott Llewellyn, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **ALLOWED**, and Scott Llewellyn is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 31, 2007

Martin Reidinger
United States District Judge