# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV144

| | |
|---|---|
| SUPERGUIDE CORPORATION, ) <br> a North Carolina Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> DIRECTV ENTERPRISES, INC., ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on the Joint Motion of Defendants for Leave to File Reply [Do. 556], filed June 16, 2008.

The Court has been advised by defense counsel that the Plaintiff takes no position regarding the motion. As a result, the Court finds, for the reasons stated, that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that on or before July 23, 2008, Defendant DirecTV may file a brief not to exceed ten (10) double-spaced pages in size 14 font limited to reply.

**IT IS FURTHER ORDERED** that on or before July 23, 2008,

Defendants EchoStar and Thomson jointly may file a brief not to exceed ten (10) double-spaced pages in size 14 font limited to reply.

Martin Reidinger
United States District Judge

Signed: July 7, 2008