IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:00CV144

| | | |
|---|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| DIRECTV ENTERPRISES, INC., a Delaware Corporation; DIRECTV, INC., a California Corporation; DIRECTV OPERATIONS, INC., a California Corporation; HUGHES ELECTRONICS CORPORATION, a Delaware Corporation; THOMSON CONSUMER ELECTRONICS, INC., a Delaware Corporation; ECHOSTAR COMMUNICATIONS CORPORATION, a Nevada Corporation; ECHOSTAR SATELLITE CORPORATION; a Colorado Corporation; and ECHOSTAR CORPORATION, a Texas Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Joint Motion for Dismissal

with Prejudice [Doc. 574] of Plaintiff SuperGuide Corporation (SuperGuide)

and Defendants Echostar Communications Corporation, (now known as Dish Network Corporation), Echostar Satellite Corporation, and Echostar Technologies Corporation (Echostar Defendants), filed September 15, 2008.

The Joint Motion was hand delivered to the undersigned this date by counsel for the Echostar Defendants who represented to the Court that he came with the knowledge and consent of the Plaintiff and all the remaining defendants in the action, and that all such remaining Defendants do not oppose the motion and take no position thereon and do not object to the entry of this Order and do not otherwise wish to respond thereto.  As a result, the Court finds that this Motion is ripe for determination and there is no reason to delay entry of this dismissal.  The Court further concludes that for the reasons set forth in this Motion that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Dismissal with Prejudice [Doc. 574] of Plaintiff SuperGuide and the Echostar Defendants is hereby **GRANTED** and any and all claims of Plaintiff SuperGuide Corporation against Defendants' Echostar Communications Corporation, (now known as Dish Network Corporation), Echostar Satellite Corporation, and Echostar Technologies Corporation are hereby **DISMISSED WITH PREJUDICE** and any and all counterclaims of the said

Echostar Defendants against Plaintiff SuperGuide are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this dismissal in no manner impacts the claims and defenses of the remaining parties.

**IT IS FURTHER ORDERED** that each party to the settlement shall bear its own costs, fees and expenses.

**IT IS FURTHER ORDERED** that the caption of the action shall henceforth be amended to delete the Echostar Defendants.

Martin Reidinger
United States District Judge

Signed: September 15, 2008