IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:00cv144

| | |
|---|---|
| SUPERGUIDE CORPORATION, )<br>a North Carolina Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DIRECTV ENTERPRISES, INC., )<br>a Delaware Corporation, et al., )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Joint Motion for Dismissal with Prejudice [Doc. 576] filed by Plaintiff SuperGuide Corporation ("SuperGuide") and Defendants DirecTV Enterprises, Inc.; DirecTV, Inc.; DirecTV Operations Inc.; Hughes Electronics Corporation (collectively "DirecTV"); and Thomson, Inc. ("Thomson"). For good cause shown and for the reason set forth in the Motion, the Court determines that the Motion should be granted.

**IT IS THEREFORE ORDERED** that any and all claims by SuperGuide against DirecTV and Thomson in the above-captioned lawsuit

are dismissed with prejudice and that any and all counterclaims by DirecTV and Thomson against SuperGuide in the above-captioned lawsuit are dismissed with prejudice. SuperGuide's claims against any other parties are not affected by this Order.

**IT IS FURTHER ORDERED** this Court shall retain jurisdiction of this action to enforce compliance with the terms of this Dismissal and for such other matters as may arise herein.

**IT IS FURTHER ORDERED** that each party hereby dismissed shall bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Signed: October 20, 2008

Martin Reidinger
United States District Judge