IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV144

| | |
|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation, ) ) ) Plaintiff, ) ) vs. ) ) DIRECTV ENTERPRISES, INC., *et. al.*, ) ) ) Defendants. ) ) | JUDGMENT |

**THIS MATTER** is before the Court on the Motion for Entry of Final Judgment [Doc. 578], filed October 21, 2008, by Plaintiff. The Court has been advised via telephone by counsel for Gemstar Development Corporation (Gemstar) that no response to the Motion would be filed by Gemstar.

On July 20, 2007, this Court issued a decision declaring the rights of the parties and determining that the cross-claims of Gemstar should be dismissed with prejudice . [Doc. 467]. On September 13, 2007, the Third-Party Complaints against Gemstar were dismissed. [Doc. 478].

On October 20, 2008, by virtue of a settlement, this action was dismissed as to all parties, with the exception of Gemstar. [Doc. 577]. Based on the foregoing the Court is now able to enter Final Judgment as to any remaining claims in this matter.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The rights of the parties under the License Agreement at issue in this case are hereby **DECLARED** in accordance with the terms and provisions of the Memorandum of Decision of this Court filed on July 20, 2007 [Doc. 467];

2. The Declaratory Judgment sought by SuperGuide pursuant to its counterclaim against Gemstar is hereby **GRANTED** in accord with the prior orders of this Court;

3. The claims asserted by Gemstar against SuperGuide are hereby **DISMISSED WITH PREJUDICE**; and

4. All other claims asserted by or against Gemstar are hereby **DISMISSED WITH PREJUDICE**.

Martin Reidinger
United States District Judge

Signed: November 14, 2008