# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV144

| | |
|---|---|
| **SUPERGUIDE CORPORATION,** a North Carolina Corporation, ) ) ) Plaintiff, ) ) Vs. ) **DIRECTV ENTERPRISES, INC.,** *et. al.*, ) ) ) ) Defendants, ) ) Vs. ) ) **GEMSTAR DEVELOPMENT CORPORATION,** ) ) ) Third-Party Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court on the Third-Party Defendant Gemstar's Motion to Unseal Memorandum and Order dated November 22, 2006 [Doc. 580].

Gemstar Development Corporation (Gemstar) moves for the unsealing of Document 427, an order addressing the licensing agreement between Gemstar and SuperGuide Corporation (SuperGuide).

SuperGuide has responded that it consents to unsealing the Order. [Doc. 582]. Although the other parties to this action were served with the motion, no other party has filed any response. The Court therefore finds that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Third-Party Defendant Gemstar's Motion to Unseal Memorandum and Order dated November 22, 2006 [Doc. 580] is hereby **GRANTED** and Document 427 is hereby **UNSEALED**.

Signed: March 22, 2010

Martin Reidinger
United States District Judge