# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:00cv144

| | |
|---|---|
| SUPERGUIDE CORPORATION, a North Carolina Corporation, Plaintiff, vs. DIRECTV ENTERPRISES, INC., *et. al.*, Defendants. vs. GEMSTAR DEVELOPMENT CORPORATION, Third-Party Defendant. | ORDER |

**THIS MATTER** is before the Court on the Third-Party Defendant Gemstar's Motion to Unseal Documents [Doc. 584] and the Third-Party Defendant Gemstar's Partial Withdrawal of Motion to Unseal [Doc. 587].

In the second pleading, Gemstar advises that it has reached an agreement with DirecTV Enterprises, Inc. concerning the unsealing of certain documents. As a result, Gemstar withdraws its motion to unseal any documents other than those as to which agreement has been reached.

The Court notes that all other parties have been served but no response has been received and the time within which to respond to the first motion to unseal has expired. As a result, the Court will grant the motion as amended in Document 587.

**IT IS, THEREFORE, ORDERED** that the Third-Party Defendant Gemstar's Motion to Unseal Documents [Doc. 584] is hereby **GRANTED** in part and **DENIED** in part and the Third-Party Defendant Gemstar's Partial Withdrawal of Motion to Unseal [Doc. 587] is hereby **GRANTED** in part and the following documents in the record of this case are hereby unsealed:

1. SuperGuide Corporation's Brief in Opposition to Hughes's Motion to Compel Joinder of Necessary Party, or, alternatively, to Dismiss for Failure to Join Indispensable Party [Doc. 74];

2. Declaration of Everett J. Bowman in Support of SuperGuide Corporation's Motion for Leave to Submit and Submission of Supplemental Evidence – Produced by Defendant Thomson on February 23, 2001 – in Opposition to Hughes' Motion to Join Gemstar [Doc. 81];

3. Thomson Consumer Electronics, Inc.'s Motion for Summary Judgment [Doc. 82]; and

4. Joint Memorandum of Defendants and Gemstar Development

Corporation in Support of their Motion for Summary Judgment Dismissing all of SuperGuide Corporation's Patent Infringement Claims [Doc. 415].

**IT IS FURTHER ORDERED** that the Third-Party Defendant Gemstar's Motion to Unseal Documents [Doc. 584] and the Third-Party Defendant Gemstar's Partial Withdrawal of Motion to Unseal [Doc. 587] are hereby **DENIED** without prejudice as to the document identified as "SuperGuide Corporation's Brief in Opposition to Thompson's Renewed Motion for Summary Judgment of Non-Infringement Based on License, filed November 28, 2001," as the Docket does not reflect any such document. Gemstar may provide further clarification.

Signed: September 21, 2010

Martin Reidinger
United States District Judge